CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 2 6 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD BARBOUR, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08-cv-00598 |
| | ) | |
| v. | ) | |
| | ) | |
| WESTERN REGIONAL | ) | |
| DIRECTOR VDOC, <u>et. al.</u>, | ) | |
| Defendants. | ) | |
| | | |
| KENNETH EDWARD BARBOUR, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08-cv-00601 |
| | ) | |
| v. | ) | |
| | ) | |
| VDOC DIRECTOR INMATE | ) | |
| HEALTH SERVICES, <u>et. al.</u>, | ) | |
| Defendants. | ) | |
| | | |
| KENNETH EDWARD BARBOUR, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08-cv-00602 |
| | ) | |
| v. | ) | |
| | ) | |
| WESTERN REGIONAL | ) | |
| DIRECTOR VDOC, <u>et. al.</u>, | ) | |
| Defendants. | ) | |
| | | |
| KENNETH EDWARD BARBOUR, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08-cv-00603 |
| | ) | |
| v. | ) | |
| | ) | |
| CAPTAIN REYNOLDS, <u>et. al.</u>, | ) | |
| Defendants. | ) | |

**KENNETH EDWARD BARBOUR,**
    **Plaintiff,**

)
)
)

**Civil Action No. 7:08-cv-00604**

**v.**

)
)
)

**WESTERN REGIONAL**
**DIRECTOR VDOC, et. al.,**
    **Defendants.**

)
)
)

**KENNETH EDWARD BARBOUR,**
    **Plaintiff,**

)
)
)

**Civil Action No. 7:08-cv-00605**

**v.**

)
)
)

**WESTERN REGIONAL**
**DIRECTOR VDOC, et. al.,**
    **Defendants.**

)
)
)

**KENNETH EDWARD BARBOUR,**
    **Plaintiff,**

)
)
)

**Civil Action No. 7:08-cv-00606**

**v.**

)
)
)

**VDOC WESTER REGIONAL**
**DIRECTOR, et. al.,**
    **Defendants.**

)
)
)

**KENNETH EDWARD BARBOUR,**
    **Plaintiff,**

)
)
)

**Civil Action No. 7:08-cv-00607**

**v.**

)
)
)

**FINAL ORDER**

**BRYAN WATSON, et. al.,**
    **Defendants.**

)
)

**By: Hon. James C. Turk**
**Senior United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED and ORDERED

that these eight (8) civil actions are hereby **CONSOLIDATED** for disposition; all eight (8) civil

actions are hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for

2

failure to state a claim; and all eight (8) actions are stricken from the active docket of the court.

Plaintiff is advised that federal law provides that a prisoner may not bring a civil action without complete prepayment of the appropriate filing fee if the prisoner has brought on three or more occasions, an action or appeal in a federal court that was dismissed as frivolous, as malicious, or for failure to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. See 28 U.S.C. §1915(g). **Because of the overlapping nature of plaintiff's claims in these eight civil actions, the simultaneous dismissal of these eight complaints shall only count as one qualified dismissal under 28 U.S.C. § 1915(g).** Thus, plaintiff is advised that he now has at least one "strike" under § 1915(g), and if he has previously had, or in the future has, two or more other civil actions in federal court dismissed on the grounds cited in § 1915(g), he will no longer be allowed to file any civil action in federal court without prepayment of the $350.00 filing fee, unless he demonstrates imminent danger of serious physical harm.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 26 ᵗʰ day of November, 2008.

_James C. Turk_
Senior United States District Judge

3